### McGONIGLE v. KEATING.

(Supreme Court, Appellate Term.   November 6, 1903.)

1. APPEAL FROM CITY COURT—REVIEW.
   On appeal from an order of affirmance by the General Term of the City Court, only questions of law can be reviewed; the facts found in the City Court being conclusive.

Appeal from City Court of New York, General Term.

Action by Henry J. McGonigle against John Keating. From a judgment for plaintiff, and from an order denying a motion for new trial, defendant appeals. Affirmed.

Argued before FREEDMAN, P. J., and BISCHOFF and BLANCHARD, JJ.

R. L. Turl, for appellant.
J. L. Weinberg, for respondent.

BLANCHARD, J.   As this is an appeal from an order of affirmance of the General Term of the City Court, it is to be determined, not upon the case, but upon the exceptions taken upon the trial to the rulings of the court.   We are limited merely to a review of questions of law, as the facts found in the City Court are conclusive upon us.   We have examined the exceptions taken during the trial to the rulings of the trial court, and we find them to be without merit.

Judgment affirmed, with costs.   All concur